IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Verizon California, Inc. )<br>Verizon Trademark Services, LLC, )<br>and Verizon Licensing Company, ) Civil Case No: 1:09CV93 (GBL/IDD)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Lead Networks Domains Private Limited, )<br>Naresh Malik a/k/a Nick M., )<br>Mahesh Malik, )<br>Kevin Daste )<br>the domain name Vaerizon.Com )<br>and approximately 240 certain other )<br>domestic names, and Does 1 - 100 )<br>)<br>Defendants. ) | |

## ORDER

This matter is before the Court on the Plaintiff's Response to the June 25, 2009 Order to Show Cause why this case should not be dismissed for failure to serve the Complaint within twenty days as required by Fed. R. Civ. P. 4 (m). Plaintiff's response represents that certain Defendants are foreign entities and that service of process is being effected under the Hague Convention.

Verizon states that the Action should not be dismissed against defendants Lead Networks Domains Private Limited ("Lead"), Naresh Malik a/k/a Nick M. ("Nick Malik") and N. Malik and Mahesh Malik ("Mahesh Malik"), because as foreign residents the timing requirements of Fed. R. Civ. P Rule 4(m) do not apply to these defendants, and because Verizon is attempting to serve these defendants in India under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention").

For good cause shown, the June 25, 2009 Show Cause Order is DISMISSED.

Entered this 26 day of July, 2009.

Alexandria, Virginia

07/28/2009

/s/
Gerald Bruce Lee
United States District Judge